Complaint
US. District Court

RECEIVED IN CLERK'S OFFICE AUG 16 2017 U.S. DISTRICT COURT MID. DIST. TENN.

On June 13, 2017 Core civic inc. had a outbreak of the scabies and i became infected by theme. Where i iched all nite and day until my skin bled. Core civic inc allows females straight from the streets with out even screening theme for the mites or any thing. staff allows females clothes to be washed with ours. when i was iching it took 2½ week's before i was even looked at. in that time i was in so much Pain. i told staff even showed theme the spots and blisters on my finger's and toes. And they did nothing until the media got involed and the court. we was locked down for 3 days no shower no phone calls or no lebal calls they tryd to keep from the public and for that the public the courts and other inmatet had to suffer for core civic's dilebertly indifference. they did not consider my health or any ones health as long as they made money. what core civic inc has allowed to happen they should be held accountable for there actions. for not keeping a safe enviromen for my self and the public. They also did not check every inmate. They came in and said for us to sighn the papers or go to segregation or loss of good days

by telling staff members that i was in so much pain and they refused to help me now i have scars from the bites. if you look at case 515 3d 1279 (1978) Brown vs. District of columbia. or screening of inmates Hutto vs. finney 437 us 678 (1978) and mental and Emotional 42 USCA and (1997)CCE for putting my health at risk and the delay of treatment and unsafeveiroment. im asking the court to award pain suffering, Punity, Emotion, mental, Physical Damages or as the court see fit im asking for relief of 250,000 and for the Dileberlty indifferences for medical libility and there Dilibertly indifference

5115 hardins Pl
Nash TN, 37211

Respectfully
Print, Justin A. Vaughn
Sish Justin A. Vaughn
Date 8/13/17

Justin A. Vaughn OCA 0145944
5115 Harding Pl.
Nash TN, 37211

RECEIVED
IN CLERK'S OFFICE
AUG 1 6 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

NON-CENSORED MAIL
CORE CIVIC INMATE

Clerk, U.S. District Court
U.S. Court House, Room 800
Nashville TN, 37203